**Order entered August 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00739-CV

**GALLERIA MALL INVESTORS LP, Appellant**

**V.**

**GT DALLAS PROPERTIES. LLC, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-05581**

## ORDER

Before the Court is appellant's August 6, 2013 status report and unopposed motion to extend abatement. The Court **GRANTS** appellant's motion, **ABATES** this appeal until October 4, 2013, and **ORDERS** appellant to file, on or before October 4, 2013, either (1) a status report regarding settlement, or (2) a motion to dismiss the appeal.

/s/     ELIZABETH LANG-MIERS
JUSTICE